**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK,                                No. C-12-01733  (DMR)

             Plaintiff(s),                    **ORDER TO SHOW CAUSE**

     v.

JUSTINO SANDOVAL,

             Defendant(s).

_____/

On May 7, 2012, Plaintiff filed a motion to remand this case to state court.  [Docket No. 6.]

Defendants had until May 21, 2012 to file an opposition or statement of non-opposition to the

motion.  N.D. Cal. Civ. L.R. 7-3.  To date, the court has received no response from Defendants.

Therefore, the court ORDERS Defendants by June 8, 2012 (1) to file a statement explaining why

they have failed to file an opposition, along with any proposed opposition, or (2) to file a statement

of non-opposition.  This order does not grant Defendants permission to file an opposition out of

time.

      Failure to respond to this order in a timely manner may result in the court's granting

Plaintiff's motion to remand.

      IT IS SO ORDERED.

Dated:  May 30, 2012



DONNA M. RYU
United States Magistrate Judge