UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, | No. C-12-01733 DMR |
| Plaintiff(s), | **ORDER TAKING MOTION TO REMAND UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| JUSTINO SANDOVAL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's Motion to Remand [Docket No. 6] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the June 28, 2012 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: May 30, 2012

DONNA M. RYU
United States Magistrate Judge